IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL ANGELO McCLAIN**                                  **PETITIONER**

v.                   **CASE NO. 2:12CV00020 BSM/HDY**

**T.C. OUTLAW,**
**WARDEN, FCI FORREST CITY**                             **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects. Judgment will be entered dismissing the case without prejudice.

IT IS SO ORDERED this 26th day of June 2012.

                                                     /s/ Brian S. Miller
                                                UNITED STATES DISTRICT JUDGE